## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BRENDA LEE OWENS**                                                              **PLAINTIFF**

**v.**                                **CASE NO. 5:14CV00185 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

### ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray have been reviewed.  No objections have been filed. After careful consideration, the RD is adopted in all respects.

IT IS THEREFORE ORDERED that:

1.      The commissioner's decision is reversed and this case is remanded pursuant to sentence four.  *See* 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).   On remand, the Administrative Law Judge ("ALJ") should carefully update the record and obtain an opinion from a treating or consultative psychiatrist or psychologist that specifically addresses the limiting effects of Ms. Owens's impairment.

2.      The clerk is directed to immediately remand this case to the ALJ along with a copy of the RD.

DATED this 16th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE