**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRENDA LEE OWENS**                                                     **PLAINTIFF**

v.                        **CASE NO. 5:14CV00185 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for plaintiff Brenda Lee Owens. The commissioner's decision is reversed and this case is remanded for further proceedings pursuant to "sentence four."

DATED this 16th day of September 2015.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE